ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff/Counter-Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THUNDER PROPERTIES, INC., a Nevada company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA L. ARELLANO, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise; JPMORGAN CHASE BANK, N.A., a national bank; THE CASTLE LAW GROUP, LLP, a domestic limited liability partnership,<br><br>Defendants.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>Counter-Defendant. | Case No. 3:19-cv-00191-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Plaintiff/Counter-Defendant, THUNDER PROPERTIES, INC.

5205 Canyon Rim

(*"Thunder"*), and Defendants, FEDERAL HOME LOAN MORTGAGE CORPORATION and JPMORGAN CHASE BANK, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On August 14, 2019, Defendants filed a Motion for Summary Judgment herein [ECF #17]. Plaintiff's response was due on September 4, 2019.

2. As a result of numerous other pending work and personal obligations, Thunder's counsel has requested an extension of time in which to file its Response Brief.

3. The extension of time was requested and granted, and the instant stipulation was drafted, on September 4, 2019, however, Defendant's counsel was unable to review and approve the stipulation until September 5, 2019.

4. Thunder shall be granted an extension of time in which to file its Response Brief until September 18, 2019.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___5th___ day of September, 2019.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SMITH LARSEN & WIXOM |
| /s/ *Timothy E. Rhoda* | /s/ *Chet A. Glover* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>*Attorney for Plaintiff/Counter-Defendant Thunder Properties, Inc.* | CHET A GLOVER, ESQ.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>702-252-5002<br>702-252-5006 (fax)<br>cag@slwlaw.com<br>*Attorney for Defendants Federal Home Loan Mortgage Corporation and JPMorgan Chase Bank, N.A.* |

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: September 5, 2019

5205 Canyon Rim

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____5th____ day of September, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Kent F Larsen
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002
(702) 252-5006 (fax)
kfl@slwlaw.com
***Attorney for Defendant***
***Federal Home Loan Mortgage Corporation***

Chet A Glover
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
702-252-5002
702-252-5006 (fax)
cag@slwlaw.com
***Attorney for Defendant***
***Federal Home Loan Mortgage Corporation***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

5205 Canyon Rim