Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Email: kfl@slwlaw.com
clb@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A. and
Defendant/Counterclaimant
Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THUNDER PROPERTIES, INC., a Nevada company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA L. ARELLANO, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise; JPMORGAN CHASE BANK, N.A., a national bank, THE CASTLE LAW GROUP, LLP, a domestic limited liability partnership,<br><br>Defendants.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counterclaimant,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>Counter-Defendant. | CASE NO: 3:19-cv-00191-MMD-WGC<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A. AND DEFENDANT / COUNTERCLAIMANT'S FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

Defendant JPMorgan Chase Bank, N.A. and Defendant/Counterclaimant Federal Home Loan Mortgage Corporation requests that the Court, all parties of record and their respective counsel, please take notice that Chet A. Glover, Esq., formerly of the firm Smith Larsen & Wixom is no longer associated with the above-captioned matter and should be removed from all further notices. The Smith Larsen & Wixom attorney to be noticed for all further filings and hearings is:

    Christopher L. Benner, Esq., Nevada Bar 8963
    Email: clb@slwlaw.com

Dated this 2nd day of October, 2019.

    SMITH LARSEN & WIXOM

    /s/ *Christopher L. Benner*
    Kent F. Larsen, Esq.
    Nevada Bar No. 3463
    Christopher L. Benner, Esq.
    Nevada Bar No. 8963
    1935 Village Center Circle
    Las Vegas, Nevada 89134
    Attorneys for Chase and
    Federal Home Loan Mortgage Corporation

IT IS SO ORDERED:

DATED: October 3, 2019

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of October, 2019, the within **Defendant JPMorgan Chase Bank, N.A. and Defendant / Counterclaimant's Federal Home Loan Mortgage Corporation's Motion to Substitute Attorney Within Firm** was filed and served electronically via CM/ECF to the following:

>Roger P. Croteau, Esq.
>Timothy E. Rhoda, Esq.
>Peter E. Dunkley, Esq.
>Roger P. Croteau & Associates, Ltd.
>9120 West Post Road, Suite 100
>Las Vegas, NV 89148
>croteaulaw@croteaulaw.com
>Attorneys for Plaintiff


>/s/ *Jana L. Rivard*
>an employee of Smith Larsen & Wixom