1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   2810 West Charleston Blvd. #75
4  Las Vegas, Nevada 89102
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Plaintiff/Counter-Defendant*
   **THUNDER PROPERTIES, INC.**
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10                                ***

11 | THUNDER PROPERTIES, INC., a Nevada )
   | company,                          )
12 |                                   )
   |                        Plaintiff, )
13 |                                   )
   | vs.                               )   Case No.   3:19-cv-00191-MMD-WGC
14 |                                   )
   | MARIA L. ARELLANO, an individual; )
15 | FEDERAL HOME LOAN MORTGAGE        )
   | CORPORATION, a government sponsored )
16 | enterprise; JPMORGAN CHASE BANK, N.A., )
   | a national bank; THE CASTLE LAW GROUP, )
17 | LLP, a domestic limited liability partnership, )
   |                                   )
18 |                       Defendants. )
   |                                   )
19 | FEDERAL HOME LOAN MORTGAGE        )
   | CORPORATION,                      )
20 |                                   )
   |                   Counterclaimant,)
21 |                                   )
   | vs.                               )
22 |                                   )
   | THUNDER PROPERTIES, INC.,         )
23 |                                   )
   |                Counter-Defendant. )
24 |                                   )

25            **STIPULATION TO EXTEND TIME TO COMPLY**

26           **WITH ORDER AND TO EXTEND APPEAL DEADLINE**

27          COMES NOW, Plaintiff/Counter-Defendant, THUNDER PROPERTIES, INC., and

28

                            Page 1 of 4                              5205 Canyon Rim

Defendants/Counterclaimant, FEDERAL HOME LOAN MORTGAGE CORPORATION and JPMORGAN CHASE BANK, N.A., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 13, 2020, this Court entered an Order granting Defendants' Motion for Summary Judgment in part. [ECF #29].

2. On the same date, a Final Judgment was entered which provided that the case is closed. [ECF #30].

3. Pursuant to the Court's Order, Thunder was directed to file an affidavit within 21 days after the entry of the Order which set forth the amount of rents it collected net of expenses in association with the real property at issue in this matter. This affidavit is presently due by March 5, 2020.

4. Thunder's counsel is preparing to depart on a planned vacation and has not yet had the opportunity to meet with his client and prepare and file the subject affidavit.

5. To the extent that this Court's Order and Judgment dated February 13, 2020 constitute a final appealable judgment, the current deadline to file a Notice of Appeal is March 9, 2020 (because March 7, 2020 falls on a Saturday).

6. Fed. R. App. P. 4 provides in pertinent part as follows:

(5) *Motion for Extension of Time.*
(A) The district court may extend the time to file a notice of appeal if:
(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
(B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
(C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

7. Thunder has requested and shall be granted an extension of time until March 25,

2020, in which to file an affidavit pursuant to this Court's Order dated February 13, 2020. In addition, Federal Home Loan Mortgage Corporation and JPMorgan Chase Bank, N.A., will be granted an extension to April 8, 2020 to submit any challenge to Thunder's Affidavit.

8. Pursuant to Fed. R. App. P. 4, the parties respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal herein until (a) April 25, 2020; or (b) 14 days after an Order reducing the rental income to judgment is entered, whichever is later.

9. This stipulation is made in good faith and not for purpose of delay.

Dated this __4th__ day of March, 2020.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SMITH LARSEN WIXOM LLP |
| /s/ *Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 West Charleston Blvd. #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiff/Counter-Defendant* <br> *Thunder Properties, Inc.* | /s/ *Christopher L. Benner* <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> 1935 Village Center Circle <br> Las Vegas, NV 89134 <br> (702) 252-5002 <br> clb@slwlaw.com <br> *Attorney for Defendants* <br> *Federal Home Loan Mortgage Corporation* <br> *and JPMorgan Chase Bank, N.A.* |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: March 5, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___4th___ day of March, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO EXTEND TIME TO COMPLY WITH ORDER AND TO EXTEND APPEAL DEADLINE** to the following parties:

Kent F Larsen
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002
(702) 252-5006 (fax)
kfl@slwlaw.com
*Attorney for Defendants*
*Federal Home Loan Mortgage*
*Corporation and JPMorgan Chase*
*Bank, N.A.*

Christopher L. Benner
Smith Larsen Wixom LLP
1935 Village Center Circle
Las Vegas, NV 89134
(702) 252-5002
(702) 252-5006 (fax)
clb@slwlaw.com
*Attorney for Defendants*
*Federal Home Loan Mortgage*
*Corporation and JPMorgan Chase*
*Bank, N.A.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

5205 Canyon Rim