1  Kent F. Larsen, Esq.
   Nevada Bar No. 3463
2  Katie M. Weber, Esq.
   Nevada Bar No. 11736
3  SMITH LARSEN & WIXOM
4  1935 Village Center Circle
   Las Vegas, Nevada 89134
5  Tel:  (702) 252-5002
6  Fax: (702) 252-5006
   Email: kfl@slwlaw.com
7         kw@slwlaw.com
   Attorneys for Defendant
8  JPMorgan Chase Bank, N.A. and
   Defendant/Counterclaimant
9  Federal Home Loan Mortgage Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THUNDER PROPERTIES, INC., a Nevada company,<br><br>                        Plaintiff,<br><br>vs.<br><br>MARIA L. ARELLANO, an individual; FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored enterprise; JPMORGAN CHASE BANK, N.A., a national bank, THE CASTLE LAW GROUP, LLP, a domestic limited liability partnership,<br><br>                        Defendants. | CASE NO: 3:19-cv-00191-MMD-WGC<br><br>**ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S AND DEFENDANT / COUNTERCLAIMANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION TO SUBSTITUTE ATTORNEY WITHIN FIRM** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                        Counterclaimant,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.,<br><br>                        Counter-Defendant. | |

1

Defendant JPMorgan Chase Bank, N.A. and Defendant/Counterclaimant Federal Home Loan Mortgage Corporation, by and through their counsel, hereby respectfully requests that the Court, all parties of record and their respective counsel, please take notice that Christopher L. Benner, Esq., of the firm Smith Larsen & Wixom is no longer associated with the above-captioned matter and should be removed from all further notices. The Smith Larsen & Wixom attorney to be noticed for all further filings and hearings is:

Katie M. Weber, Esq., Nevada Bar No. 11736

Email: kln@slwlaw.com.

Dated this 8th day of May, 2020.

SMITH LARSEN & WIXOM

*/s/ Katie M. Weber*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
JPMorgan Chase Bank, N.A. and
Defendant/Counterclaimant
Federal Home Loan Mortgage Corporation

IT IS SO ORDERED.

DATED: May 11, 2020.

_____
U.S. MAGISTRATE JUDGE

2